# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: LARRY R.A. DOWELL         §         Case No. 12-82843
       MICHELE D. DOWELL         §
                                 §
            Debtor(s)            §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 07/25/2012.

2) The plan was confirmed on 09/21/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 12/05/2014.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 09/11/2014, 06/06/2016, 07/08/2016.

5) The case was dismissed on 07/08/2016.

6) Number of months from filing or conversion to last payment: 43.

7) Number of months case was pending: 52.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $43,396.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 24,285.44 |
| Less amount refunded to debtor(s) | $ 173.83 |
| **NET RECEIPTS** | $ 24,111.61 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,900.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 1,495.88 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,395.88 |
| Attorney fees paid and disclosed by debtor(s): | $ 600.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,900.00 | 0.00 |
| CITIFINANCIAL SERVICES, INC. | Sec | 3,900.00 | 3,900.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL SERVICES, INC. | Uns | 6,156.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN KNOX | Uns | 107,000.00 | 83,020.77 | 83,020.77 | 10,611.86 | 0.00 |
| SPRINGLEAF FINANCIAL | Uns | 204.00 | 214.00 | 214.00 | 15.29 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Sec | 3,845.00 | 3,130.85 | 3,130.85 | 3,130.85 | 138.32 |
| VERICREST FINANCIAL | Sec | 0.00 | 164,732.71 | 0.00 | 0.00 | 0.00 |
| VERICREST FINANCIAL | Uns | 37,296.00 | 42,787.40 | 2,701.75 | 2,701.75 | 0.00 |
| ZANCK, COEN,WRIGHT & SALADIN, | Sec | 473.00 | 697.28 | 473.00 | 473.00 | 11.41 |
| ZANCK, COEN,WRIGHT & SALADIN, | Uns | 0.00 | 0.00 | 224.28 | 15.58 | 0.00 |
| AMERICAN FAMILY INSURANCE | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| AMIRY CARDIOLOGY CONSULTANT | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| BAKER & MILLER PC | Uns | 953.00 | NA | NA | 0.00 | 0.00 |
| BUSINESS REVENUE SYSTEMS INC | Uns | 39.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 3,867.00 | 3,892.34 | 3,892.34 | 497.52 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 547.00 | 547.80 | 547.80 | 64.15 | 0.00 |
| CAPITAL ONE BANK | Uns | 3,030.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 2,267.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTEGRA PRIMARY CARE LLC | Uns | 23.00 | NA | NA | 0.00 | 0.00 |
| CETEGRA HEALTH SYSTEM | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 996.00 | 996.05 | 996.05 | 121.98 | 0.00 |
| CHASE BANK USA NA TOYS R US | Uns | 680.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Uns | 888.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Uns | 9,645.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 5,930.00 | 5,929.62 | 5,929.62 | 757.93 | 0.00 |
| CITIFINANCIAL | Uns | 5,175.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC | Uns | 2,391.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Uns | 716.00 | NA | NA | 0.00 | 0.00 |
| DEX ONE | Uns | 1,563.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 731.00 | 734.15 | 734.15 | 85.97 | 0.00 |
| GECRB / SAMS CLUB | Uns | 632.00 | NA | NA | 0.00 | 0.00 |
| HAIDER MEDICAL GROUP LTD | Uns | 23.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Uns | 955.00 | 1,159.73 | 1,159.73 | 142.03 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 673.00 | 598.68 | 598.68 | 63.70 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 674.00 | 600.73 | 600.73 | 63.92 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 643.00 | 645.89 | 645.89 | 68.72 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 821.00 | 824.56 | 824.56 | 105.39 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 416.00 | 417.70 | 417.70 | 48.91 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 787.00 | 787.86 | 787.86 | 100.71 | 0.00 |
| MCCARTHY BURGESS & WOLFF | Uns | 1,593.00 | NA | NA | 0.00 | 0.00 |
| MCCARTHY BURGESS & WOLFF | Uns | 1,653.00 | NA | NA | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 564.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN / 99 | Uns | 564.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS MED CENTER | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| PALATINE HEART CENTER | Uns | 511.00 | NA | NA | 0.00 | 0.00 |
| PALATINE HEART CENTER | Uns | 226.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 485.00 | 485.49 | 485.49 | 49.06 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 28.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| RIEXINGER & ASSOCIATES LLC | Uns | 998.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 488.00 | 490.15 | 490.15 | 49.52 | 0.00 |
| ASSET ACCEPTANCE LLC assignee | Uns | 0.00 | 717.45 | 717.45 | 84.01 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| INSOLVE RECOVERY LLC | Uns | 0.00 | 2,435.26 | 2,435.26 | 298.23 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 183.29 | 183.29 | 15.92 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 3,130.85 | $ 3,130.85 | $ 138.32 |
| All Other Secured | $ 473.00 | $ 473.00 | $ 11.41 |
| **TOTAL SECURED:** | $ 3,603.85 | $ 3,603.85 | $ 149.73 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 107,607.55 | $ 15,962.15 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 4,395.88 |
| Disbursements to Creditors | $ 19,715.73 |
| **TOTAL DISBURSEMENTS:** | $ 24,111.61 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  11/28/2016        By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.